Michael C. Titus, Esq. (No. 309153)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Tel: 559-224-2131
Fax: 559-229-7295
E-Mail: mtitus@wctlaw.com

Attorneys for Plaintiff
CAL COAST ALMOND PROCESSING, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL COAST ALMOND PROCESSING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT HOST INTERNATIONAL, INC., a Texas corporation, doing business as, ANDALUCIA NUTS; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.: **2:24-cv-02612-TLN-AC**<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURSIDICTION; ORDER** |

## NOTICE OF SETTLEMENT

Plaintiff Cal Coast Almond Processing, Inc., a California corporation and Defendant Great Host International, Inc., a Texas corporation, doing business as Andalucia Nuts (hereafter the "Parties") by and through their counsel of record, hereby notify the Court that the Parties have reach a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates, hearings and retain jurisdiction over this matter until Defendant fully performs its duties and obligations under the Parties' settlement agreement. It is estimated that Defendant will fully perform all of its duties and obligations under the settlement agreement on or before November 15, 2026. Upon Defendant's completion of its duties and obligations (as

mandated by the settlement agreement) and within seven (7) days after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice signed by counsel for all Parties.

Respectfully submitted.

Date: _____, 2025         WILD, CARTER & TIPTON
                                               A Professional Corporation


                                               By: _____
                                                   Michael C. Titus, Esq.
                                                   Attorneys for Plaintiff Cal Coast
                                                   Almond Processing, Inc.


Date: _____, 2025         PHAM LAW PLLC


                                               By: _____
                                                   Frank H. Pham, Esq.
                                                   Attorneys for Defendant Great Host
                                                   International dba Andalucia Nuts

**ORDER**

Pursuant to the foregoing Stipulation, and good cause spearing, all dates, hearing and trial dates are hereby vacated and the Court will retain jurisdiction over this matter for twenty-two months to allow for Defendant to fulfill its obligations under the settlement agreement.

**IT IS SO ORDERED.**

**DATED: April 21, 2025**

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE